**DISMISS and Opinion Filed April 9, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00742-CV**

**IN THE INTEREST OF J.H., A CHILD**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 0412796T**

**MEMORANDUM OPINION**

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice Lewis

By letter dated June 1, 2012, the Court informed appellant that the $175 filing fee was past due. We instructed appellant to pay the fee within ten days and cautioned him that failure to do so will result in dismissal of the appeal without further notice. As of today's date, the filing fee has not been paid. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/David Lewis/
DAVID LEWIS
JUSTICE

120742F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.H., A CHILD

No. 05-12-00742-CV

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 0412796T.
Opinion delivered by Justice Lewis.
Justices Moseley and O'Neill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Janice Wood Carter, recover her costs of this appeal from appellant, Mearion Alvin Harris.

Judgment entered this 9th day of April, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE